No. 91–776. TENNESSEE v. TURNER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–792. SARGENT, WARDEN v. HENDERSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–812. PACIFIC BELL ET AL. v. PALLAS, AKA HUBBS. C. A. 9th Cir. Motions of Equal Employment Advisory Council and California Employment Law Council for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 91–6312. DAMIAN v. FEDERAL EXPRESS CORP. C. A. 5th Cir. Certiorari before judgment denied.